UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY DON CONLEY,<br>Petitioner<br>v.<br>FELIP MARTINEZ, JR.,<br>Respondent. | Case No. 2:18-cv-09355-JFW (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Respondent's Motion to Dismiss the Petition ("Motion"), all pleadings and other documents filed in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing objections to the Report has passed, and no objections have been filed with the Court.

Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that: (1) the Motion is granted; (2) the Petition is dismissed without prejudice; and (3) Judgment shall be entered dismissing this action without prejudice.

DATE: March 14, 2019            _____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE