JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY DON CONLEY,<br>Petitioner<br>v.<br>FELIPE MARTINEZ, JR.,<br>Respondent. | Case No. 2:18-cv-09355-JFW (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed without prejudice.

DATE: March 14, 2019  _____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE